732 A.2d 510

IN THE MATTER OF SIXTO L. MACIAS,
AN ATTORNEY AT LAW.

July 16, 1999.

## ORDER

The Disciplinary Review Board on May 4, 1999, having filed with the Court its decision concluding that **SIXTO L. MACIAS** of **UNION CITY,** who was admitted to the bar of this State in 1980, should be suspended from the practice of law for a period of three months for violating *RPC* 5.1 (failure to supervise associate properly), and good cause appearing;

It is ORDERED that **SIXTO L. MACIAS** is suspended from the practice of law for a period of three months and until the further Order of the Court, effective August 11, 1999; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of suspension and that respondent comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.